UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PATRICIA CASCIO | CIVIL ACTION NO. 17-cv-1105 LEAD |
| VERSUS | JUDGE FOOTE |
| BALKAN EXPRESS, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all claims asserted by Jabriel Pennington are **dismissed with prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____ day of _____, 2018.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE